IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEMSLEY, ) | No. C 10-2820 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| MRS. TONI, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Mrs. Toni, an employee of the Santa Rita Medical Department, and the Santa Rita County Jail medical staff. On November 10, 2010, Plaintiff filed an amended complaint. On January 21, 2011, the Court ordered the amended complaint dismissed with leave to amend. In the order, the Court ordered Plaintiff to file a second amended complaint to cure all deficiencies within 30 days of the order. The Court warned that if Plaintiff failed to do so within the Court's deadline, it would result in the dismissal of this action without prejudice. To date, the Court has received no response from plaintiff.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  3/21/11

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Hemsley820dis.wpd