IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. HEMSLEY,            ) | No. C 09-6002 LHK (PR) |
|                    )      | |
| Plaintiff,         )      | JUDGMENT |
|                    )      | |
| v.                 )      | |
|                    )      | |
| OFFICER LUNGER, et al.,  ) | |
|                    )      | |
| Defendants.        )      | |
|                    )      | |

The Court dismisses this action without prejudice. A judgment is entered accordingly. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  3/21/11

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.09\Hemsley002jud.wpd